UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| GEORGE G. HARRIS'S WILDLIFE COLLECTION | CIVIL ACTION |
| VERSUS | NO. 15-160 |
| JOHN HOLLANDER, ET AL | SECTION "J"  (1) |

J U D G M E N T

Considering the court's Order dated June 19, 2015, filed herein,

**IT IS ORDERED, ADJUDGED AND DECREED** that there be judgment in favor of Plaintiff, George G. Harris's Wildlife Collection, and against Defendants, John Hollander, and Fast Cash Pawn.

**IT IS FURTHER ORDERED** that Defendants are enjoined from the use, display, marketing, or any of the exclusive rights set forth in Section 106 of the Copyright Act, or from interfering with Plaintiff, its operations, efforts, or other tasks associated with its historic and customary business regarding the copyrights that are the subject of this action.

**IT IS FURTHER ORDERED** that Defendants are hereby ordered to return any and all infringing copies, molds, casts, or any related  materials or information, to Plaintiff, on or before June 30, 2015.

**IT IS FURTHER ORDERED** that each party is to bear its own costs.

New Orleans, Louisiana, this ___15th___ day of JULY.

_____
UNITED STATES DISTRICT JUDGE

cc:

Michael A. Oropallo
One Park Place
300 South State Street
Syracuse, New York 13202

Kernan A. Hand
2440 St. Elizabeth Street
Kenner, Louisiana 70065